UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IMITIAZ KHAN,

                Petitioner,

  -against-

DENNIS BRESLIN, Superintendent,
Arthur Kill Corretional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5362 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 0 5 2005 ★

BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 29, 2005, dismissing the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed; and that a Certificate of Appealability shall not issue.


Dated: Brooklyn, New York
       May 04, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court